█ John Melnyk, Respondent, v. United States Lines Co., Defendant and Third-Party Plaintiff-Appellant-Respondent. T. Hogan & Sons, Inc., Third-Party Defendant-Appellant.—

No opinion. Concur — McGivern, J. P., Markewich, Nunez, McNally and Tilzer, JJ.